UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA VAUGHN, et al., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:19-CV-1201-JAR |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
|    Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Wednesday, June 16, 2021 at 11:00 a.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**. The access code to enter the telephone conference is: **7519116**.

Dated this 15th day of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE