UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEMETRIA VAUGHN, et al.,          )
                                  )
      Plaintiff,                 )
                                  )
   vs.                          )          Case No. 4:19-CV-1201-JAR
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
      Defendants.               )

## <u>MEMORANDUM AND ORDER</u>

After telephone conference with counsel,

**IT IS HEREBY ORDERED** that all pretrial submissions shall be filed by **July 1, 2021** at 5:00 PM. Any responses or objections shall be filed by **July 6, 2021** at 5:00 PM.

**IT IS FURTHER ORDERED** that the pretrial conference is set for **July 8, 2021** at 11:00 AM, in person in Courtroom 12 North.

**IT IS FURTHER ORDERED** that a jury trial is set for **Tuesday, July 13, 2021** at 9:00 AM.

Dated this 16th day of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE